# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

> **RE:    Jose Martin LOMELI**
> **Docket Number: 1:06CR00163**
> **PERMISSION TO TRAVEL**
> **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Guadalajara, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 19, 2002, the releasee was sentenced in the Southern District of Texas for the offense of 21 USC 841(a)(1) and (b)(1)(C) - Possession With Intent to Distribute 84 Kilograms of Marijuana.  On April 24, 2006, a transfer of jurisdiction from the Southern District of Texas to the Eastern District of California was completed.

**Sentence imposed:** The releasee was ordered to serve 37 months custody in the Bureau of Prisons with 36 months supervised release to follow.  Special conditions include: Submit to periodic urine surveillance and participation in a mental health program as deemed necessary and approved by the probation officer.

**Dates and Mode of Travel:** June 6, 2008, through June 9, 2008.  The offender will be traveling by commercial airlines (Mexicana), out of Fresno, California.

**Purpose:** The releasee is requesting permission to travel to Mexico to attend a relative's quincenera celebration.   If allowed to travel out of the country, the offender will be instructed to report to the United States Customs Officials upon his entry and exit from Mexico.

Respectfully Submitted,
/s/ Sandra K. Dash
**SANDRA K. DASH**
United States Probation Officer

**Dated:**    June 3, 2008
Modesto, California
SKD:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
Supervising United States Probation Officer

Rev. 8/98
TRAVELOC.MRG

---

**ORDER OF THE COURT:**

**Approved** _____X_____          **Disapproved** _____

IT IS SO ORDERED.

**Dated:** __**June 5, 2008**__          _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE